UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Wampach, William F. | § | Case No. 18-17255 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/18/2018. The undersigned trustee was appointed on 06/19/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 343,573.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 46,047.84 |
| Bank Service Fees | | 30.00 |
| Other Payments to Creditors | | 190,086.80 |
| Non-Estate funds paid to 3rd Parties | | 49,932.68 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 57,475.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/31/2018 and the deadline for filing governmental claims was 12/17/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $20,428.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $12,500.00, for a total compensation of $12,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $107.84 for total expenses of $107.84

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :   02/28/2019                          By :   /s/ Elizabeth C. Berg
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No: 18-17255** | **Judge: Janet S. Baer** |
| **Case Name: Wampach, William F.** | |

| | |
|---|---|
| **Trustee Name: Elizabeth C Berg** | |
| **Date Filed (f) or Converted (c): 06/18/2018 (f)** | |
| **341(a) Meeting Date: 07/23/2018** | |
| **Claims Bar Date: 10/31/2018** | |

**For Period Ending: 02/28/2019**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Real Property - 701 Tahoe Tr., Elgin, IL (co-owned)<br>Residence owned in tenancy by entireties with non-filing spouse. Trustee authorized to sell Debtor's and co-owner's interest pursuant to order dated 8/17/18 [Dkt. No. 31] ("Sale Order"). Trustee authorized, per the Sale Order, to pay liens, closing costs (including realtor commissions, attorneys' fees, real estate taxes, et al.) and the co-owner's 50% interest of the net proceeds | 168,000.00 | 47,500.00 | | 336,000.00 | FA |
| 2. | 2005 Volvo S80, 140,000 miles<br>co-owned with non-filing spouse | 1,750.00 | 0.00 | | 0.00 | FA |
| 3. | Household Goodss<br>2 bedroom sets, dining room set, couch, 3 chairs, wood rocking chair, buffet cabinet, end and coffee tables, lamps, kitchen utensils (all furniture 20-25 years old) | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. | Electronics<br>50" TV, 2-42" TVs | 400.00 | 0.00 | | 0.00 | FA |
| 5. | Equipment for sports and hobbies | 100.00 | 0.00 | | 0.00 | FA |
| 6. | Jewelry - wedding band | 100.00 | 0.00 | | 0.00 | FA |
| 7. | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 8. | Checking Account - Barclay Bank | 1,400.00 | 0.00 | | 0.00 | FA |
| 9. | Checking Account - Bank of America | 75.00 | 0.00 | | 0.00 | FA |
| 10. | Saving Account - Wells Fargo<br>Trustee obtained turnover of non-exempt proceeds of bank account | 5,148.00 | 4,573.00 | | 4,573.00 | FA |
| 11. | Kunden Architectural Inc.<br>100% ownership interest in business. Corporation filed chapter 7 bankruptcy | 0.00 | 0.00 | | 0.00 | FA |

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **18-17255**                    Judge: **Janet S. Baer**                    Trustee Name: **Elizabeth C Berg**
Case Name: **Wampach, William F.**                              Date Filed (f) or Converted (c): **06/18/2018 (f)**
                                                                         341(a) Meeting Date: **07/23/2018**
For Period Ending: **02/28/2019**                              Claims Bar Date: **10/31/2018**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 12. | Wampach Woodworking, Inc.<br>100% ownership interest.  Company went out of business in 2013.<br>Company still owns 2005 International CF500 Box Truck with approx.<br>200,000 miles.<br>--Trustee recovered proceeds from sale of truck | Unknown | 3,000.00 | | 3,000.00 | FA |
| 13. | IRA - Wells Fargo | 5,598.00 | 0.00 | | 0.00 | FA |
| 14. | Security Deposit  Schoenberger & Shoenberger | 992.75 | 0.00 | | 0.00 | FA |
| 15. | General American Term Life<br>Beneficiary - wife, Betty Wampach | 0.00 | 0.00 | | 0.00 | FA |
| 16. | Office Equipment used in Debtor's job (u) | 250.00 | 0.00 | | 0.00 | FA |

                                                                                                                        **Gross Value of Remaining Assets**

**TOTALS (Excluding Unknown Values)**                185,163.75           55,073.00                          343,573.00                  0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**December 18, 2018:  Trustee worked with her accountants to obtain information necessary to prepare Estate tax returns.  Trustee filed Estate tax returns.  Upon expiration of the claims bar date, Trustee verified claims on file and prepared her TFR.**

**October 16, 2018:  Trustee collected the non-exempt proceeds of the Debtor's saving account.  Trustee also recovered proceeds from the sale of a truck owned by the Debtor's defunct corporation, Wampach Woodwork, which ceased operations in 2013.  Prior to the commencement of this case, Debtor and his non-filing spouse (Betty) had entered into a real estate sales contract to sell their residence which Debtor and Betty co-owned as tenants by the entirety.  Trustee conferred with UST office re administration of case for benefit of secured tax claimant.  Thereafter, TR obtained court authority to assume the pending sales contract and sell the residence pursuant to this Court's order dated August 17, 2018 [Dkt. 31] ("Sale Order").  Trustee also discovered two judgment liens (in combined amounts in excess of $430,000.00) which were recorded against the residence within 90 days prior to the commencement of this case.  Trustee believed the judgment liens were avoidable.  Trustee negotiated with the judgement creditors to settle the liens for a fraction of the amount of liens asserted [Dkt. 33]. The Sale Order also authorized the Trustee to pay, from the proceeds of the sale, the outstanding mortgages on the property, in full, and to pay all other costs associated with the sale of the residence including the settled judgment liens, commissions, attorneys' fees,  customary closing costs and Betty's co-ownership interest representing 50% of the net proceeds.  After the aforementioned disbursements were made, the Estate recovered net proceeds of nearly $50,000.00.  Trustee's report of sale was filed on October 4, 2018 [Dkt. No. 42].  Although general unsecured creditors will not receive a dividend in this case, as a result of Trustee's sale of**

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **18-17255**          Judge:  **Janet S. Baer**          Trustee Name:  **Elizabeth C Berg**
Case Name:  **Wampach, William F.**                                Date Filed (f) or Converted (c):  **06/18/2018 (f)**
                                                                    341(a) Meeting Date:  **07/23/2018**
For Period Ending:  **02/28/2019**                                  Claims Bar Date:  **10/31/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

the residence Trustee will be able to make a significant distribution to the IRS on account of its subordinated secured tax lien claim.  The Trustee will attend to the Estate tax matters, resolve claims issues, as necessary, after the expiration of the claims bar date and prepare her TFR.

Initial Projected Date of Final Report(TFR) :06/30/2019          Current Projected Date of Final Report(TFR) :  01/31/2019

Trustee's Signature          /s/Elizabeth C Berg          Date:  02/28/2019
                             Elizabeth C Berg
                             P. O. Box 2399
                             Glen Ellyn, IL 60138-2399
                             Phone : (312) 726-8150

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **18-17255** | Trustee Name: **Elizabeth C Berg** |
| Case Name: **Wampach, William F.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********5419 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*5574** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **2/28/2019** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/09/2018 | [10] | Wells Fargo Advisors<br>One North Jefferson<br>St. Louis, MO 63103 | Funds from Wells Fargo Savings Acct #0335 | 1129-000 | 4,573.00 | | 4,573.00 |
| 08/15/2018 | [12] | Heath Industrial Auction Services, Inc.<br>508 W. Brittany Drive<br>Arlington Heights, IL 60004 | Sale Proceeds from 2006 International Truck | 1129-000 | 3,000.00 | | 7,573.00 |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 7,558.00 |
| 09/20/2018 | | Citywide Title Corporation<br>Chicago, IL 60607 | Proceeds from Sale of Debtor's Residence per order 8/17/18 [Dkt. No. 31], Report of Sale filed October 4, 2018 [Dkt. No. 42] | | 49,932.68 | | 57,490.68 |
| | [1] | | Gross Proceeds from Sale of Debtor's Residence   336,000.00 | 1110-000 | | | |
| | | | State of Illinois - transfer tax   (336.00) | 2500-000 | | | |
| | | | American Land Title - title charges   (3,060.50) | 2500-000 | | | |
| | | | Kane County - 2017 real estate tax   (10,850.24) | 2500-000 | | | |
| | | | Dell Webb Community Ass'n - HOA fees   (1,898.55) | 2500-000 | | | |
| | | | Todd Surveying - survey costs   (450.00) | 2500-000 | | | |
| | | | City of Elgin - water bill   (41.55) | 2500-000 | | | |
| | | | Page Subtotals | | 57,505.68 | 15.00 | |

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-17255 | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Wampach, William F. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5419 Checking Account |
| Taxpayer ID No: | **-***5574 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 2/28/2019 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Foster Premier - transfer fee (25.00) | 2500-000 | | | |
| | | | Kane County - title/recording charges (341.00) | 2500-000 | | | |
| | | | Kane County Treasurer - 1/1/18 to 9/18/18 real estate tax (7,850.00) | 2820-000 | | | |
| | | | EFB Partnres, LLC - fee for release of judgment lien per order 8/17/18 [Dkt No. 33] (1,000.00) | 2990-000 | | | |
| | | | Community Bank of Elmhurst - fee for release of judgment lien per order 8/17/18 [Dkt No. 33] (2,000.00) | 2990-000 | | | |
| | | | R. Sanmiguel - Trustee's special real estate counsel (1,395.00) | 3210-600 | | | |
| | | | Remax/Homesmart - Realtor Commission (16,800.00) | 3510-000 | | | |
| | | | Bank of America - first mortgage payoff (88,691.89) | 4110-000 | | | |
| | | | BMO Harris - Judgment lien payoff (101,394.91) | 4120-000 | | | |
| | | | Betty Waumpach - co-owner's 50% interest in net proceeds (49,932.68) | 8500-000 | | | |
| 10/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 57,475.68 |
| | | | Page Subtotals | | 49,932.68 | 15.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 7)

**Exhibit B**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 18-17255 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Wampach, William F. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5419 Checking Account |
| **Taxpayer ID No:** **-***5574 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 2/28/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

<table>
<tr><td colspan="8" align="center">Page Subtotals</td></tr>
<tr><td></td><td></td><td>COLUMN TOTALS</td><td></td><td>57,505.68</td><td>30.00</td></tr>
<tr><td></td><td></td><td>Less:Bank Transfer/CD's</td><td></td><td>0.00</td><td>0.00</td></tr>
<tr><td></td><td></td><td>SUBTOTALS</td><td></td><td>57,505.68</td><td>30.00</td></tr>
<tr><td></td><td></td><td>Less: Payments to Debtors</td><td></td><td></td><td>0.00</td></tr>
<tr><td></td><td></td><td>Net</td><td></td><td>57,505.68</td><td>30.00</td></tr>
</table>

| | |
|---|---|
| All Accounts Gross Receipts: | 343,573.00 |
| All Accounts Gross Disbursements: | 286,097.32 |
| All Accounts Net: | 57,475.68 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5419 Checking Account | 57,505.68 | 30.00 | |
| **Net Totals** | 57,505.68 | 30.00 | 57,475.68 |

**Exhibit B**

Case: 18-17255
Wampach, William F.

Elizabeth C Berg
CLAIMS REGISTER
EXHIBIT C Page 1

Claims Bar Date: 10/31/18    Government Bar Date: 12/17/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br><br>Trustee compensation | 2100<br>ADMIN | 0.00 | 12,500.00 | 12,500.00 | 0.00 | 12,500.00 |
| | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br><br>Trustee Expenses | 2200<br>ADMIN | 0.00 | 107.84 | 107.84 | 0.00 | 107.84 |
| | Community Bank of Elmhurst<br><br>Lien claim avoided and settled for payment of $2,000 in exchange for voluntary release of lien per order 8/17/18 [Dkt. No. 33] | 2990<br>ADMIN | 0.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| | EBF Partners, LLC<br><br>Lien claim avoided and settled for payment of $1,000 in exchange for voluntary release of lien per order 8/17/18 [Dkt. No. 33] | 2990<br>ADMIN | 0.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br><br>Trustee's attorneys' fees | 3110<br>ADMIN | 0.00 | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 |
| | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399<br><br>Trustee's Attorneys' Expenses | 3120<br>ADMIN | 0.00 | 647.19 | 647.19 | 0.00 | 647.19 |
| | Kutchins, Robbins &<br>35 E Wacker Dr<br>Suite 1550<br>Chicago, IL 60601<br><br>Trustee's Accountants' Fees | 3410<br>ADMIN | 0.00 | 1,272.00 | 1,272.00 | 0.00 | 1,272.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **22,027.03** | **25,027.03** | **3,000.00** | **22,027.03** |
| 00001A | Community Bank of Elmhurst<br>c/o Gina B. Krol, Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago, IL 60602<br><br>Filed: 06/27/18<br>Lien avoided per order 8/17/18 [Dkt. No. 33] | 4220<br>SEC | 0.00 | 168,000.00 | 0.00 | 0.00 | 0.00 |

Case: 18-17255
Wampach, William F.

Elizabeth C Berg
CLAIMS REGISTER
EXHIBIT C Page 2

Claims Bar Date: 10/31/18    Government Bar Date: 12/17/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00002A | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604<br>Filed: 08/07/18 | 4300<br>SEC | 0.00 | 149,253.56 | 149,253.56 | 0.00 | 149,253.56 |
| | Secured tax lien allowed and to be paid in accordance with provisions of 11 U.S.C. §724(b) per order 8/17/18 [ Dkt. No. 31, at para. 11] | | | | | | |
| **SECURED TOTAL** | | | **0.00** | **317,253.56** | **149,253.56** | **0.00** | **149,253.56** |
| 00006 | Brian Matti<br>1400 Summit Dr<br>Hampshire, IL 60140<br>Filed: 10/01/18 | 5300<br>PRIOR | 0.00 | 1,202.75 | 1,202.75 | 0.00 | 1,202.75 |
| | IRS - Employer withholding | 5800<br>PRIOR | 0.00 | 92.01 | 92.01 | 0.00 | 92.01 |
| | Employer portion of taxes for wage claim paid | | | | | | |
| 00002B | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604<br>Filed: 08/07/18<br>priority portion of claim | 5800<br>PRIOR | 0.00 | 6,490.46 | 6,490.46 | 0.00 | 6,490.46 |
| **PRIORITY TOTAL** | | | **0.00** | **7,785.22** | **7,785.22** | **0.00** | **7,785.22** |
| 00001 | Community Bk  Elmhurst<br>c/o Gina B. Krol<br>105 W Madison St Ste 1100<br>Chicago, IL 60602<br>Filed: 06/27/18<br>Unsecured portion of claim | 7100<br>UNSEC | 0.00 | 192,187.49 | 192,187.49 | 0.00 | 192,187.49 |
| 00002 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S Dearborn St<br>Chicago, IL 60604<br>Filed: 08/07/18 | 7100<br>UNSEC | 0.00 | 350.40 | 350.40 | 0.00 | 350.40 |
| 00003 | Atlas Acquisitions LLC,<br>from EFB Partners, LLC<br>294 Union St.<br>Hackensack, NJ 07601<br>Filed: 08/21/18 | 7100<br>UNSEC | 0.00 | 37,438.56 | 37,438.56 | 0.00 | 37,438.56 |

Case: 18-17255
Wampach, William F.

Elizabeth C Berg
CLAIMS REGISTER
EXHIBIT C Page 3

Claims Bar Date: 10/31/18    Government Bar Date: 12/17/18

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|-----------|-----------|-----|-----------|---------|---------|------|---------|
| | Claim amended 11/30/18 | | | | | | |
| | Claim transferred 2/25/19 [Dkt. No. 46] | | | | | | |
| 00004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 08/27/18 | 7100<br>UNSEC | 0.00 | 5,389.27 | 5,389.27 | 0.00 | 5,389.27 |
| 00005 | Old World Stone<br>11271 Kiley Dr<br>Huntley, IL 60142<br>Filed: 08/27/18 | 7100<br>UNSEC | 0.00 | 18,180.00 | 18,180.00 | 0.00 | 18,180.00 |
| 00007 | KNIGHT CAPITAL FUNDING<br>1691 Michigan Ave Ste 230<br>Miami Beach, FL 33139<br>Filed: 10/16/18 | 7100<br>UNSEC | 0.00 | 45,343.02 | 45,343.02 | 0.00 | 45,343.02 |
| 00008 | Star Molding<br>6606 W 74th St<br>Bedford Park, IL 60638<br>Filed: 10/23/18 | 7100<br>UNSEC | 0.00 | 12,476.46 | 12,476.46 | 0.00 | 12,476.46 |
| 00009 | EBF Partners, LLC<br><br>Claim withdrawn 11/30/18 | 7100<br>UNSEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNSECURED TOTAL** | | | **0.00** | **311,365.20** | **311,365.20** | **0.00** | **311,365.20** |
| **REPORT TOTALS** | | | **0.00** | **658,431.01** | **493,431.01** | **3,000.00** | **490,431.01** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   18-17255

Case Name:   Wampach, William F.

Trustee Name:   Elizabeth C Berg

Balance on Hand                                                    $57,475.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00001A | Community Bank of Elmhurst | $ 168,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 00002A | Internal Revenue Service | $ 149,253.56 | $ 149,253.56 | $ 0.00 | $ 34,245.90 |

Total to be paid to secured creditors                          $       34,245.90

Remaining Balance                                              $       23,229.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 12,500.00 | $ 0.00 | $ 12,500.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 107.84 | $ 0.00 | $ 107.84 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 647.19 | $ 0.00 | $ 647.19 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond | $ 1,272.00 | $ 0.00 | $ 1,272.00 |
| Other: Community Bank of Elmhurst | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Other: EBF Partners, LLC | $ 1,000.00 | $ 1,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $       22,027.03

Remaining Balance                                             $        1,202.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,785.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | IRS - Employer withholding | $ 92.01 | $ 0.00 | $ 0.00 |
| 00002B | Internal Revenue Service | $ 6,490.46 | $ 0.00 | $ 0.00 |
| 00006 | Brian Matti | $ 1,202.75 | $ 0.00 | $ 1,202.75 |

Total to be paid to priority creditors                                       $ 1,202.75

Remaining Balance                                                            $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $311,365.20 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Community Bk  Elmhurst | $ 192,187.49 | $ 0.00 | $ 0.00 |
| 00002 | Internal Revenue Service | $ 350.40 | $ 0.00 | $ 0.00 |
| 00003 | Atlas Acquisitions LLC, transferee | $ 37,438.56 | $ 0.00 | $ 0.00 |
| 00004 | Capital One Bank (USA), N.A. | $ 5,389.27 | $ 0.00 | $ 0.00 |
| 00005 | Old World Stone | $ 18,180.00 | $ 0.00 | $ 0.00 |
| 00007 | KNIGHT CAPITAL FUNDING III, LLC | $ 45,343.02 | $ 0.00 | $ 0.00 |
| 00008 | Star Molding | $ 12,476.46 | $ 0.00 | $ 0.00 |
| 00009 | EBF Partners, LLC | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                       $ 0.00

Remaining Balance                                                            $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be

0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE